# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALFONSO ALLAN BROOKS

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-650MJP

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation in the above-entitled matter is ADOPTED and Petitioner's § 2255 motion is DISMISSED with prejudice.

June 21, 2010

BRUCE RIFKIN
Clerk

__/s/ Mary Duett_____
By, Deputy Clerk