1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8
9
10
11
12

ALFONSO BROOKS,

               Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

               Defendant(s).

NO. C09-650MJP

MINUTE ORDER

13
14
15
16
17
18
19

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The Court has received and reviewed Petitioner's Motion for Extension of Time to Reply (Dkt. No. 30) and, good cause appearing, grants his request to extend the deadline for his reply to the United States' opposition to his Motion for Certificate of Appealability to **September 9, 2010**.  The motion itself will be re-noted to September 10, 2010.

20
21
22
23
24
25

     Filed this 31st day of August, 2010.

                           BRUCE RIFKIN, Clerk

                           By     /s Mary Duett
                                   Deputy Clerk

26

MINUTE ORDER